UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re Application of Stellantis Europe S.p.A., <br><br> Petitioner, <br><br> v. <br><br> Robert Bosch, LLC, a Delaware Limited Liability Company, <br><br> Respondent. | Case No. 24-mc-51339 <br> Judge: Hon. Terrence G. Berg <br> Magistrate: Hon. Elizabeth A. Stafford |

**STIPULATED ORDER CONSOLIDATING CASES
PURSUANT TO FED. R. CIV. P. 42(a)**

This matter having come before the Court upon the stipulation of the parties, and the Court having been advised that this matter, *In Re Application of Stellantis Europe S.p.A.*, Case No. 2:24-mc-51339 (the "*Stellantis Case*"), which concerns an Application for a Discovery Order Pursuant to 28 U.S.C. §1782, and the related case of *In Re Robert Bosch GmbH*, Case No. 2:25-mc-50974 (the "*Bosch GmbH Case*," which is also assigned to Judge Berg)[1], which also concerns an Application for a Discovery Order Pursuant to 28 U.S.C. §1782 related to the same underlying

---

[1] On July 25, 2025, Judge Parker entered an order, pursuant to E.D. Mich. LR 83.11, reassigning the *Bosch GmbH Case* to Judge Berg on the basis that the *Bosch GmbH Case* appeared to be a companion case to the *Stellantis Case*. Case No. 2:25-mc-50974, ECF No. 2.

1

litigation between Stellantis Europe S.p.A. and Robert Bosch GmbH venued in Zurich, Switzerland, have common questions of law and fact, and the Court having been otherwise duly advised in the premises.

NOW, THEREFORE, based upon the stipulation of the parties:

IT IS ORDERED that the *Stellantis Case* and the *Bosch GmbH Case* are consolidated for all purposes.

IT IS FURTHER ORDERED that the parties shall use the case caption of the *Stellantis Case* (Case No. 2:24-mc-51339) in future court filings and that all filings shall be made in the *Stellantis Case*, and that *Bosch GmbH Case* (Case No. 2:25-mc-50974) is hereby closed for administrative purposes.

IT IS FURTHER ORDERED and that FCA US, LLC and Robert Bosch GmbH (the parties to the *Bosch GmbH Case*) shall become parties to the *Stellantis Case* (Case No. 2:24-mc-51339) and shall be bound by the Protective Order entered at ECF No. 3 (Case No. 2:24-mc-51339).

IT IS SO ORDERED.

Date: November 4, 2025          s/Terrence G. Berg
                                Honorable Terrence G. Berg
                                United States District Judge

32755277v3

**SO STIPULATED AND AGREED TO**:

| | |
|---|---|
| BOWMAN AND BROOKE LLP | HICKEY, HAUCK, BISHOFF, JEFFERS & SEABOLT PLLC |
| /s/ Thomas D. Issacs<br>THOMAS D. ISSACS (P71193)<br>ANDREW J. LANE (P86453)<br>101 W. Big Beaver Road, Suite 1100<br>Troy, MI 48084<br>Phone: 248.205.3300<br>Fax: 248.205.3399<br>thomas.isaacs@bowmanandbrooke.com<br>andrew.lane@bowmanandbrooke.com | /s/Scott T. Seabolt (w/permission)<br>SCOTT T. SEABOLT (P55890)<br>706 S. Main Street<br>Plymouth, MI 48170<br>Phone: 734.544.5525<br>sseabolt@hhbjs.com |
| ***Attorneys for Stellantis Europe S.p.A., and FCA US, LLC*** | ARNOLD & POTER KAY SCHOLER LLP |
| | /s/Sean M. Callagy (with permission)<br>SEAN M. CALLAGY (Cal. SBN 255230)<br>Three Embarcadero Center<br>10th Floor<br>San Francisco, CA 94111-4024<br>Phone: 415.471.3107<br>Sean.Callagy@arnoldporter.com |
| | ***Attorneys for Robert Bosch LLC, and Robert Bosch GmbH*** |

32755277v3